▅▅▅ In the Matter of JASON J.M., Appellant. CAYUGA COUNTY ATTORNEY, Respondent. [852 NYS2d 885]—

Memorandum: On appeal from an order adjudging him to be a juvenile delinquent and placing him in the custody of the New York State Office of Children and Family Services, respondent contends that the petition is not in compliance with Family Court Act § 311.2 (3). Petitioner has submitted a letter to this Court consenting to the dismissal of the petition, which is the relief sought by respondent. We therefore grant that relief. Present—Smith, J.P., Centra, Fahey, Peradotto and Green, JJ.